## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Dustin L. Emmick, Scott A. Roberts and Lisa J. Roberts, Huong Kim Nguyen, Lawrence Johnson and Melodi Johnson, Chad M. Hanson and Rebecca Hanson, Ryan Hanson, Logan W. Rice, Nancy B. Court and Brian E. Court, Chip A. Rice and Linda S. Rice, Bill Bigelow, Rebecca Yarnes and Gerald Yarnes, and Marjorie E. Visker,<br><br>    Plaintiffs,<br><br>v.<br><br>Bank of America, N.A., BAC Home Loans Servicing, LP, Bank of New York Mellon, Mortgage Electronic Registration Systems, Inc., U.S. Bank, National Association, and Peterson, Fram and Bergman, P.A.,<br><br>    Defendants. | Civil No. 11-01307 (DSD/FLN)<br><br><br><br>**DEFENDANTS BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, THE BANK OF NEW YORK MELLON, U.S. BANK, N.A., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS THE COMPLAINT** |

TO:   Plaintiffs and their counsel, William B. Butler, Butler Liberty Law, LLC, 4100 Multifoods Tower, 33 South Sixth Street, Minneapolis, Minnesota  55402

Defendants Bank of America, N.A. ("BANA"), BAC Home Loans Servicing, LP ("BACHLS"), The Bank of New York Mellon f/k/a The Bank of New York ("BNYM"), U.S. Bank, N.A. ("U.S. Bank"), and Mortgage Electronic Registration Systems, Inc. (collectively "Defendants"), hereby move to dismiss all of plaintiffs' claims.  This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that the complaint fails to state a claim upon which relief can be granted against the Defendants and some or all of the Plaintiffs lack standing to sue.  This motion is supported by all files, records, and

3925421v1

proceedings herein, including the Defendants' papers to be filed in accordance with L.R. 7.1(b).

Dated:  May 26, 2011 **BRIGGS AND MORGAN, P.A.**

By:   s/ Mark G. Schroeder
    Mark G. Schroeder (#171530)
    Alan H. Maclin (#66102)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2157
(612) 977-8400

**Attorneys for Defendants Bank of America, N.A., BAC Home Loans Servicing, LP, Bank of New York Mellon, and U.S. Bank, N.A.**

Dated:  May 26, 2011

By:   s/ Sonya R. Braunschweig
    Robert J. Pratte, (8802X)
    Sonya R. Braunschweig (#290282)
DLA Piper LLP (US)
Suite 5100
90 South Seventh Street
Minneapolis, MN 55402
(612) 524-3000

**Attorneys for Defendant Mortgage Electronic Registrations Systems, Inc.**